**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RICHARD WATTS**                                                                                          **PLAINTIFF**

v.                                    **CASE NO. 3:11CV00158 BSM**

**DAVID WEST, et al.**                                                                                    **DEFENDANTS**

## ORDER

Upon the motion of plaintiff Richard Watts [Doc. No. 21], the complaint is hereby dismissed without prejudice and the parties shall bear their own costs. An appropriate Judgment shall accompany this order.

IT IS SO ORDERED this 13th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE