**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RICHARD WATTS**                                                                                    **PLAINTIFF**

**v.**                                     **CASE NO. 3:11CV00158 BSM**

**DAVID WEST, et al.**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice.

Dated this 13th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE